IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

      Plaintiff,                No. 2:10-cv-3003-JAM-JFM (PS)

     vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

      Defendants.          <u>ORDER</u>

                         /

        Plaintiff is proceeding pro se and in forma pauperis in this action.  By order filed December 22, 2010, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief.  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Bliss, John Doe 1, John Doe 2, Parske, Juarez, Garcia, Wolfe, Green, Sass, Presley, Sacramento Child Advocates, Helfer, County of Sacramento, and County of Sacramento Department of Health and Human Services / Child Protective Services, .

1

    2. The Clerk of the Court shall send plaintiff 14 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed January 18, 2011.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. 15 copies of the endorsed amended complaint filed January 18, 2011.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 7, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;balt3003.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

        Plaintiff,               No. 2:10-cv-3003-JAM-JFM (PS)

    vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,                              NOTICE OF SUBMISSION

        Defendants.           OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                           Amended Complaint

DATED:

                                             _____
                                             Plaintiff