IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

    Plaintiff,                    No. 2:10-cv-3003-JAM-JFM (PS)

    vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

    Defendants.               <u>ORDER</u>

                                  /

        This matter commenced on November 8, 2010 and is proceeding on a first amended complaint filed January 18, 2011. Service was ordered on May 26, 2011. A scheduling conference is set before the undersigned for December 1, 2011.

        On June 15, 2011, plaintiff, proceeding pro se, filed a motion for writ to disclose names. Plaintiff seeks an order from this court directing the disclosure of the names of Sheriff's Deputies John Doe 1 and John Doe 2. Plaintiff asserts that, per an unidentified "records keeper," a court order is necessary to obtain these names because they "are not disclosed in the Sacramento County of California CAD Report Event No. 081970050 dated 7/15/2008."

        At this posture, the undersigned does not find that a court order is necessary. There is no suggestion that the parties have conferred as required by Federal Rule of Civil

1  Procedure 26(f) or that the parties stipulated to commence discovery prior to the Rule 26(f)
2  conference.  <u>See</u> Fed. R. Civ. P. 26(d)(1).  Thus, it has not yet been determined whether plaintiff
3  may obtain these names through discovery.
4          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for writ is denied
5  without prejudice.
6  DATED: August 12, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

10  /014;balt3003.jo