IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

        Plaintiff,                    No. 2:10-cv-3003-JAM-JFM (PS)

        vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

        Defendants.             ORDER

                               /

        This matter is before the court on plaintiff's September 1, 2011 request to reschedule a hearing. At issue are the hearings on two motions to dismiss scheduled for October 6, 2011 – a July 14, 2011 motion to dismiss filed by defendant Peter Helfer, and a July 18, 2011 motion to dismiss filed by defendants Lisa Presley, Sacramento Child Advocates, Rebekah Sass and Robert Wilson. When initially filed, both of these motions contained errors as to the location of the respective hearings and/or the judge before whom the motions were to be heard.[1] Although both matters are presently set to be heard on October 6, 2011 at 11:00 a.m. before the

---

[1] The July 14, 2011 motion was initially noticed to be heard in Courtroom 1 before the Honorable John A. Mendez. The July 18, 2011 motion was initially noticed to be heard in Courtroom 1 before the undersigned.

1

1  undersigned, a discrepancy remains as to the location of the hearings.  Specifically, the July 14,
2  2011 matter is scheduled in Courtroom 26 and the July 18, 2011 motion to dismiss is scheduled
3  in Courtroom 1.  In light of this discrepancy, plaintiff filed a request to schedule the hearing for
4  the July 18, 2011 motion to dismiss as she cannot be in both courtrooms at the same time.
5        Upon review of the docket, IT IS HEREBY ORDERED that both the July 14,
6  2011 motion to dismiss and the July 18, 2011 motion to dismiss shall be heard on October 6,
7  2011 in Courtroom 26 at 11:00 a.m. before the undersigned.
8  DATED: September 8, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;balt3003.jo(2)