IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

      Plaintiff,                      No. 2:10-cv-3003-JAM-JFM (PS)

      vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

      Defendants.              <u>ORDER</u>

                              /

        A status conference was held in this matter on December 1, 2011 at 11:00 a.m. in courtroom # 26. Plaintiff Ariel Balthrope appeared in propria persona. Defense counsel James R. Kirby and Jeri L. Pappone were also present. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The parties shall exchange initial lists of expert disclosures no later than April 30, 2012. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

        2. The parties shall exchange rebuttal expert disclosures no later than May 30, 2012.

1

3. Discovery shall be completed by October 1, 2012.  All motions pertaining to discovery shall be noticed to be heard by August 30, 2012.

4. Dispositive motions shall be noticed to be heard by November 30, 2012.

5. The pretrial conference is set for March 8, 2013 at 10:00 a.m. in courtroom # 6 before the Honorable John A. Mendez.  Pretrial statements shall be filed pursuant to Local Rule 281.

6. A jury trial of this matter is set for May 20, 2013 at 9:00 a.m. in courtroom # 6 before Judge Mendez.  The parties shall file trial briefs pursuant to Local Rule 285.

DATED: December 7, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;balt3003.oasc