UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL BALTHROPE, | Case No. 2:10-CV-3003 JAM-JFM |
| Plaintiff, | |
| v. | RECUSAL ORDER |
| SACRAMENTO COUNTY OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: January 12, 2012

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1