1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARIEL BALTHROPE,

11           Plaintiff,                    No. CIV S-10-3003-KJM-JFM (PS)

12       vs.

13   SACRAMENTO COUNTY OF
     HEALTH AND HUMAN SERVICES,
14   et al.,

15           Defendants.                   ORDER

16   _____/

17           Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

18   referred to a United States Magistrate Judge as provided by Local Rule 72-302(c)(21).

19           On December 8, 2011, the magistrate judge filed findings and recommendations,

20   which were served on plaintiff and which contained notice to plaintiff that any objections to the

21   findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

22   objections to the findings and recommendations.

23           The court presumes that any findings of fact are correct. *See Orand v. United*

24   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

25   reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

26   /////

1

1 | 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to

2 | be supported by the record and by the proper analysis.

3 |     Accordingly, IT IS HEREBY ORDERED that:

4 |     1.  The findings and recommendations filed December 8, 2011 are adopted in full;

5 |     2.  The July 14, 2011 motion to dismiss is granted with prejudice; and

6 |     3.  The July 18, 2011 motion to dismiss is granted with prejudice.

7 | DATED:  January 25, 2012.

8

9 |        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2