IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

    Plaintiff,                    No. 2:10-cv-3003-KJM-JFM (PS)

    vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

    Defendants.             <u>ORDER</u>

                                           /

        On January 20, 2012, plaintiff filed a request that the depositions scheduled for February 16, 2012 not be videotaped. To the extent this motion can be construed as a motion for protective order, it is procedurally defective. <u>See</u> Fed. R. Civ. P. 26(c); Local Rule 251. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied.

DATED: February 16, 2012.

                                                                     UNITED STATES MAGISTRATE JUDGE

/014;balt3003.jo(4)

1