IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

    Plaintiff,                       No. 2:10-cv-3003-KJM-JFM (PS)

    vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

    Defendants.                  ORDER

_____/

        On March 2, 2012, plaintiff filed a request for copies of documents filed under seal by non-party Children's Receiving Home ("CRH"), a non-profit provider of behavioral health and mental health services to children, who claims to have provided mental health services to plaintiff. In her request, plaintiff contends she is not aware of ever having received said services from CRH. Upon review, the court declines plaintiff's request for copies. As the individual purportedly in receipt of CRH's services, plaintiff may contact CRH directly to obtain copies of her mental health records. See Cal. Health & Safety Code § 123110.

DATED: March 13, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;balt3003.jo(7)

1