IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

    Plaintiff,               No. 2:10-cv-3003-KJM-JFM (PS)

    vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

    Defendants.           ORDER

_____/

On March 13, 2012, the court scheduled non-party Children's Receiving Home's ("CRH") motion to quash for hearing on April 5, 2012. On March 19, 2012, CRH filed a motion to withdraw its motion to quash and a request for the court to return documents filed under seal. Accordingly, IT IS HEREBY ORDERED that:

    1. The April 5, 2012 hearing on CRH's motion to quash is vacated; and

    2. The Clerk of the Court is directed to return the sealed documents to counsel for CRH, Anthony J. DeCristoforo, Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA 95814.

DATED: March 22, 2012.

                                            UNITED STATES MAGISTRATE JUDGE

/014;balt3003.jo(7).vac