IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

       Plaintiff,                No. 2:10-cv-3003-KJM-JFM (PS)

    vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

       Defendants.          <u>ORDER</u>

                        /

        On April 11, 2012, plaintiff filed an initial disclosures list. Doc. No. 72. Plaintiff was previously informed that discovery matters should not be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. <u>See</u> Doc. No. 65. Accordingly, IT IS HEREBY ORDERED that plaintiff's April 11, 2012 initial disclosure list is stricken from the record.

DATED: April 24, 2012.

                                                      UNITED STATES MAGISTRATE JUDGE

/014;balt3003.411c(2)