IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

        Plaintiff,                No. 2:10-cv-3003-KJM-JFM (PS)

    vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

        Defendants.         ORDER

                               /

        On April 11, 2012, plaintiff filed an initial disclosures list. Doc. No. 72. Plaintiff was previously informed that discovery matters should not be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. See Doc. No. 65. Accordingly, IT IS HEREBY ORDERED that plaintiff's April 11, 2012 initial disclosure list is stricken from the record.

DATED: April 24, 2012.

                                                 UNITED STATES MAGISTRATE JUDGE

/014;balt3003.411c(2)