1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   ARIEL BALTHROPE,

10          Plaintiff,               No. 2:10-cv-3003-JAM-JFM (PS)

11      vs.

12  SACRAMENTO COUNTY OF
    HEALTH AND HUMAN SERVICES,
13  et al.,

14          Defendants.             <u>ORDER</u>

15  _____/

16          Plaintiff is proceeding pro se and in forma pauperis in this action.  By order dated

17  February 16, 2012, plaintiff was granted a sixty-day extension by which to serve defendants

18  Rashida Green and Garciela Garcia-Mitchell.  Plaintiff has since filed notice that she is in receipt

19  of the addresses of these defendants, as well as John Doe 1 (Sacramento County Sheriff Deputy

20  Kenneth King) and John Doe 2 (Sacramento County Sheriff Deputy David Burdette).

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons,

23  an instruction sheet and a copy of the amended complaint filed January 18, 2011.

24          2.  Within thirty days from the date of this order, plaintiff shall complete the

25  attached Second Notice of Submission of Documents and submit the following documents to the

26  U.S. Marshal's Office:

1

a.  The completed Second Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each of the four defendants identified in this order; and

d. 5 copies of the endorsed amended complaint filed January 18, 2011.

3.  Within seven days of submitting the aforementioned documents to the U.S. Marshal's Office, plaintiff shall file a notice with the court reflecting the submission.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of notice from plaintiff that she has complied with this order, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 2, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;balt3003.service

2

1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARIEL BALTHROPE,

11              Plaintiff,                            No. 2:10-cv-3003-JAM-JFM (PS)

12        vs.

13   SACRAMENTO COUNTY OF
     HEALTH AND HUMAN SERVICES,
14   et al.,                                         SECOND NOTICE OF SUBMISSION

15              Defendants.                          OF DOCUMENTS

16   _____/

17              Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19              _____        completed summons form

20              _____        completed USM-285 forms

21              _____        copies of the Amended Complaint

22   DATED:

23

24                                                   _____
                                                     Plaintiff
25

26