1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ARIEL BALTHROPE,

10          Plaintiff,                    No. 2:10-cv-3003-JAM-JFM (PS)

11      vs.

12   SACRAMENTO COUNTY OF
     HEALTH AND HUMAN SERVICES,
13   et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is proceeding pro se and in forma pauperis in this action.  By order dated

17   February 16, 2012, plaintiff was granted a sixty-day extension by which to serve defendants

18   Rashida Green and Garciela Garcia-Mitchell.  Plaintiff has since filed notice that she is in receipt

19   of the addresses of these defendants, as well as John Doe 1 (Sacramento County Sheriff Deputy

20   Kenneth King) and John Doe 2 (Sacramento County Sheriff Deputy David Burdette).

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons,

23   an instruction sheet and a copy of the amended complaint filed January 18, 2011.

24          2.  Within thirty days from the date of this order, plaintiff shall complete the

25   attached Second Notice of Submission of Documents and submit the following documents to the

26   U.S. Marshal's Office:

1

1          a.  The completed Second Notice of Submission of Documents;

2          b.  One completed summons;

3          c.  One completed USM-285 form for each of the four defendants

4          identified in this order; and

5          d. 5 copies of the endorsed amended complaint filed January 18, 2011.

6          3.  Within seven days of submitting the aforementioned documents to the U.S.

7  Marshal's Office, plaintiff shall file a notice with the court reflecting the submission.

8          4.  Plaintiff need not attempt service on defendants and need not request waiver of

9  service.  Upon receipt of notice from plaintiff that she has complied with this order, the court

10  will direct the United States Marshal to serve the above-named defendants pursuant to Federal

11  Rule of Civil Procedure 4 without payment of costs.

12  DATED: May 2, 2012.

13

14  _____
    UNITED STATES MAGISTRATE JUDGE

15

16  /014;balt3003.service

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARIEL BALTHROPE,

11            Plaintiff,                     No. 2:10-cv-3003-JAM-JFM (PS)

12        vs.

13   SACRAMENTO COUNTY OF
     HEALTH AND HUMAN SERVICES,
14   et al.,                                 SECOND NOTICE OF SUBMISSION

15            Defendants.                    OF DOCUMENTS

16   _____/

17            Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19            _____        completed summons form

20            _____        completed USM-285 forms

21            _____        copies of the Amended Complaint

22   DATED:

23

24                                           _____
                                             Plaintiff
25

26