1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ARIEL BALTHROPE,

10            Plaintiff,                    No. 2:10-cv-3003-KJM-JFM (PS)

11        vs.

12   SACRAMENTO COUNTY OF
     HEALTH AND HUMAN SERVICES,
13   et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            The court is in receipt of plaintiff's March 30, 2012 "Motion for Copies in

17   Regards of Mental Health Records by [Children's Receiving Home ("CRH")]."  Plaintiff seeks

18   an order directing CRH to provide her with copies of plaintiff's mental health records from when

19   she was a minor.   Plaintiff claims CRH will only provide these documents on court-order.

20            On review of plaintiff's motion, IT IS HEREBY ORDERED that:

21            1.  A discovery conference shall be held on May 24, 2012 at 11:00 a.m. in

22   courtroom # 26.  At this conference, the parties and CRH shall be prepared to discuss the release

23   of these documents to all parties pursuant to a protective order.  In addition, the parties and CRH

24   are invited, but are not required to, submit a discovery statement no later than one week before

25   the hearing.

26

1        2.  The Clerk of the Court is directed to mail a copy of this order to counsel for

2 CRH: Anthony J. DeCristoforo, Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA

3 95814.

4 DATED: May 10, 2012.

5

6                                                  UNITED STATES MAGISTRATE JUDGE

7

8 /014;balt3003.jo(9)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26