IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

     Plaintiff,                 No. 2:10-cv-3003-KJM-JFM (PS)

    vs.

SACRAMENTO COUNTY OF
HEALTH AND HUMAN SERVICES,
et al.,

     Defendants.          <u>ORDER</u>

                                  /

        Pending before the court is defendants' request for page limit increase for motion for summary judgment. Doc. No. 94. Defendants are notified that, pursuant to Local Rule 302(c)(21), any motions for summary judgment filed in this case where plaintiff is appearing in pro per shall be heard before the assigned magistrate judge. Because the undersigned does not have a page limit for motions for summary judgment, IT IS HEREBY ORDERED that defendants' request for an increase is denied as moot.

DATED: September 26, 2012.

                                                       UNITED STATES MAGISTRATE JUDGE

/014;balt3003.jo(10)

1