IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARIEL BALTHROPE,

    Plaintiff,                    No. 2:10-cv-3003-KJM-JFM PS

    vs.

SACRAMENTO COUNTY
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

    Defendants.                   ORDER

_____/

        This case, in which plaintiff is proceeding *pro se*, was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1) and Local Rule 302(c)(21).

        On October 17, 2012, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed October 17, 2012 are adopted in full;

3  2. The August 27, 2012 motion for certification is granted; and

4  3. The Clerk is directed to enter judgment as to Sacramento Child Advocates,

5 Inc.; Robert Wilson; Rebekah Sass; and Lisa Thor (sued as Lisa Presley).

6 DATED: February 11, 2013.

_____

UNITED STATES DISTRICT JUDGE